NICHOLAS F. REYES, #102114
Attorney at Law
1107 "R" Street
Fresno, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
MIGUEL ALVAREZ CERVANTES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00178-CKD |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| MIGUEL ALVAREZ CERVANTES, | |
| Defendant. | |

Defendant, MIGUEL ALVAREZ CERVANTES, hereby substitutes Nicholas F. Reyes, with law offices at 1107 R Street, Fresno, California 93721, in place and stead of MATTHEW C. BOCKMON, Assistant Federal Defender, of the Federal Defender's Office.

Dated: September 27, 2018      /s/ Miguel Alvarez Cervantes
                               Miguel Alvarez Cervantes, Defendant

Dated: October 1, 2018         /s/ Matthew C. Bockmon
                               Matthew C. Bockmon, AFD

I accept the above substitution.

Dated: September 27, 2018      /s/ Nicholas F. Reyes
                               Nicholas F. Reyes, Esq.

IT IS ORDERED.

Dated: October 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1